# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### M E M O R A N D U M

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                              **RE:    BERLIER, Bryan**
                                      **Docket Number: 1:01CR05361-01 AWI**
                                      **PERMISSION TO TRAVEL**
                                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Cabo San Lucas, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 20, 2002, the releasee, Bryan Berlier, was sentenced for the offense of Felon in Possession of a Firearm.

**Sentence imposed:** 12 months Bureau of Prisons; 3 years supervised release; <u>Special conditions</u>: warrantless search and seizure, financial disclosure, drug and alcohol treatment, drug and alcohol testing, abstain from the use of alcoholic beverages and not frequent places where alcohol is the chief item of sale; and participate in a co-payment plan.

**Dates and Mode of Travel:** Releasee will be traveling with his friend, Dan Farmer, by air. The dates of travel are from August 3, 2005, to August 9, 2005.

**Purpose:** Vacation purposes.

                                            Respectfully Submitted,

                                            /s/ Marlene K. DeOrian

                                            **Marlene K. DeOrian**
                                            **United States Probation Officer**

**DATED:**       July 26, 2005
                  Fresno, California
                  MKD

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                              **Bruce A. Vasquez**
                              **Supervising United States Probation Officer**

RE:     BERLIER, Bryan
        Docket Number:  1:01CR05361-01 AWI
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved _____✓_____                    Disapproved _____

IT IS SO ORDERED.

**Dated:  July 26, 2005**                 _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE